IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EUGENE P. JEANSONNE**                                                              **PLAINTIFF**

VS.                                     NO.  2:05 CV00157 JMM

**LINDA SANDERS, Warden, FCI**
**Forrest City, Arkansas**                                                          **RESPONDENT**

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  No objections have been filed.  After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The petition for writ of habeas corpus filed by petitioner Eugene P. Jeansonne is dismissed; all requested relief is denied.  Judgment will be entered for respondent Linda Sanders.

**IT IS SO ORDERED this 23rd day of November, 2005.**

_____
**James M. Moody
United States District Judge**