**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**EUGENE P. JEANSONNE**                                             **PLAINTIFF**

**VS.     NO.  2:05 CV 157 JMM**

**LINDA SANDERS, Warden, FCI
Forrest City, Arkansas**                                                **RESPONDENT**

<u>**JUDGMENT**</u>

In accordance with the Court's Order entered this day, judgment is hereby entered

dismissing the petition for writ of habeas corpus.

**IT IS SO ORDERED this 23rd day of November, 2005.**


_____
**James M. Moody
United States District Judge**